UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
SEHRA WAHEED,

              Plaintiff,

            -against-

BALLON STOLL BADER AND NADLER PC, et al.,

              Defendants.

------------------------------------------------------------x

25-CV-358 (PAE) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

On April 22, 2025, Judge Engelmayer referred this case to me for general pretrial management and all dispositive motions. (ECF 51). The Court notes that Plaintiff has proposed to consent to my jurisdiction for all purposes under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73. (*See* ECF Nos. 10, 54). In the interests of efficiency and judicial economy, Defendants are directed to file a letter by **May 9, 2025,** indicating whether they would also consent to my jurisdiction for all purposes. The parties are reminded that there are no adverse substantive consequences to not consenting to my jurisdiction.

**SO ORDERED.**

                                               *s/ Ona T. Wang*

Dated: April 29, 2025                    **Ona T. Wang**
      New York, New York          United States Magistrate Judge