**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

SEHRA WAHEED,                                    :
                                                 :
                        Plaintiff,               :            25-CV-358 (PAE) (OTW)
                                                 :
                        -against-                :            **ORDER**
                                                 :
BALLON STOLL BADER AND NADLER PC, et al.,        :
                                                 :
                        Defendants.              :
                                                 :
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

On July 11, 2025, all open motions in this action were stayed pending the resolution of the motion to dismiss for lack of jurisdiction at ECF 44. (ECF 102). That Order also stated that, "there is no need for any additional filings or communications to the Court by either party unless explicitly directed to do so." Since then, Plaintiff has filed eight more motions in this matter. (See ECF Nos. 118, 119, 122, 123, 127, 129, 135, 138). Plaintiff has also emailed Chambers directly eleven times since the entry of the Order.

Most recently, on March 11, 2026, Plaintiff transmitted an email to Chambers, copying Judge Engelmayer, other judicial chambers, and Defendants, attaching a "courtesy copy" of the letter that now appears on the docket at ECF 146. Defendant Josef Bildirici subsequently issued a "reply all" response to the same distribution list, stating: "sehra , do you really get answers to your mails from the judges ::)) i would really like to see their answers…"

The Court notes discourages parties' continued use of informal and inappropriate communications in connection with this matter. Direct emails to Chambers—particularly those copied broadly to multiple recipients—and "reply all" responses as reflected above are

improper and inconsistent with the professionalism expected of litigants before this Court whether they are self-represented or represented by Counsel. The parties are reminded that communications with the Court must occur in accordance with the Federal Rules of Civil Procedure and this Court's Individual Practices, and that casual or mocking commentary directed to or about the Court has no place in litigation. Future conduct of this nature may warrant sanctions. Counsel for Defendants are directed to review this Order with their clients.

Chambers does not require or request courtesy copies of any kind. (*See* Individual Practices in Civil Cases). The parties were also already previously directed NOT to email Chambers. The parties are hereby **ORDERED** to send no more emails to Chambers unless explicitly instructed to do so. (*See* Individual Practices in Civil Cases at § II).The Court encourages judicious use of "Reply" (instead of "Reply All") if parties intend to correspond with each other. Leave the Court out of such messages. If any party sends unsolicited email to Chambers in violation of this Order, then, pursuant to Fed. R. Civ. P. 16(f) and the Court's inherent authority, the Court will issue sanctions of **$5 per violation**.

**SO ORDERED.**

_s/ Ona T. Wang_

Dated: March 12, 2026           **Ona T. Wang**
       New York, New York       United States Magistrate Judge