**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

SEHRA WAHEED,                          :
                                       :
                Plaintiff,             :                25-CV-358 (PAE) (OTW)
                                       :
          -against-                    :                **ORDER**
                                       :
BALLON STOLL BADER AND NADLER PC, et al.,  :
                                       :
                Defendants.            :
                                       :
---------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

This Court has reviewed the Mandate issued by the Second Circuit, which unequivocally denies Plaintiff Waheed's interlocutory appeal from my July 11, 2025, Order (ECF 102) that stayed this case pending a resolution of Defendants' motion to dismiss. (ECF 150). The Second Circuit decision rests on the clear and unambiguous ground that it "lacks jurisdiction over this appeal because the magistrate judge's non-dispositive order must first be appealed to a district court judge." (ECF 150, citing cases). Pursuant to Federal Rule of Civil Procedure 72, any appeal of the foregoing Order to the District Judge must have been filed within fourteen (14) days of service of a copy of the Order. That statutory period has long since expired, and, accordingly, any attempt to file objections at this juncture would be untimely.

As such, the ruling set forth in my Order at ECF 102 remains undisturbed, and this case shall continue to be **STAYED** in accordance with that Order, pending a forthcoming ruling on the motion at ECF 47. Parties are reminded that there is no need for any additional filings or communications to the Court by either party unless explicitly directed to do so.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

The Clerk of the Court is respectfully directed **STAY** this case.

**SO ORDERED.**

_s/ Ona T. Wang_

Dated: March 23, 2026
     New York, New York

**Ona T. Wang**
United States Magistrate Judge

2